# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

160797

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALFRED MICHAEL SAARIO,
      Defendant-Appellant.

SC: 160797
COA: 344842
Iron CC: 16-009656-FH

_____/

      On order of the Court, the application for leave to appeal the November 19, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



p0921

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



Clerk